# Court of Appeals
# of the State of Georgia

ATLANTA, December 15, 2016

*The Court of Appeals hereby passes the following order*

**A17I0096. POST PROPERTIES, INC et al. v. EVE WEXLER.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

16A60559



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, December 15, 2016.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*